# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

RASHON K. KING,

Plaintiff,

v.

LT. RIGNEY, *et al.*,

Defendants.

Case No. 3:24-CV-00431-ART-CLB

**ORDER TO CHANGE ADDRESS AND STAY CASE**

On January 27, 2026, the Court entered an order to show cause regarding Plaintiff's failure to comply with the Court's order setting inmate mediation conference, (ECF No. 13). (ECF No. 18.) The Court also ordered that the order to show cause be personally served on Plaintiff by the United States Marshal's ("USM") office. (*Id.*) The USM attempted service on Plaintiff at his address listed on the docket, 2500 Dickerson Rd., #56, Reno, NV 89503. (ECF No. 19.) However, the proof of service was returned as unexecuted because the current resident at that Plaintiff's listed address informed USM that Plaintiff "has not lived there for a long time." (*Id.*)

Therefore, it appears Plaintiff no longer resides at his listed address. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Plaintiff shall have until **Monday, March 16, 2026** to file a notice of change of address, or this Court will recommend that this action be dismissed.

The case is hereby **STAYED** in its entirety until Plaintiff files a notice of change of address.

**DATED**: February 12, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**