UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RASHON K. KING,

Plaintiff,

v.

LT. RIGNEY, et al,

Defendants.

Case No. 3:24-cv-00431-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Rashon K. King brings this action against Defendants alleging violations of her civil rights. Before the Court is Magistrate Judge Carla Baldwin's report and recommendation (R&R). (ECF No. 24). The R&R recommends that the Court dismiss this action without prejudice based on Plaintiff's failure to file an updated address with the Court.

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

King has not objected to Judge Denney's R&R, and his time to do so has now expired. The Court agrees with Judge Baldwin's reasoning and adopts her R&R in full.

**I.    Conclusion**

It is therefore ordered that Judge Baldwin's report and recommendation (ECF No. 24) is ADOPTED.

Accordingly, this action is dismissed without prejudice.

The Clerk of Court is directed to close this case and enter judgment

1

accordingly.

DATED: June 24, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE